UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICK JEANTY,

                Petitioner,

        vs                                         9:00-CV-1752

MICHAEL McGINNIS,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

PATRICK JEANTY
Petitioner, Pro Se
98-A-1874
Elmira Correctional Facility
Box 500
Elmira, NY 14902-0500

HON. ELIOT L. SPITZER                  STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Patrick Jeanty, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated November 14, 2005, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed. Petitioner filed timely objections, as well as a Supplemental Objection.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 25, 2006
       Utica, New York.